# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO. 03-23-00051-CV

**Robert Mayfield, Laura North, Stuart Dupuy, and Bob Woody, Appellants**

**v.**

**City of Austin, Texas, and T.C. Broadnax in his Official Capacity as City Manager, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
## REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on November 3, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.